DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Adams v. Bank United of Texas FSB<br><br>Case Below:<br>167 N.C. App. 395 | No. 060P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1423) | Denied 03/16/05<br><br>**Lake, CJ & Martin, J recused** |
| Barham v. Hawk<br><br>Case Below:<br>165 N.C. App. 708 (17 August 2004) | No. 461PA04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-1393) | Allowed 04/06/05 |
| Baxley v. Jackson<br><br>Case Below:<br>166 N.C. App. 515 | No. 551P04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-1155) | Denied 04/06/05 |
| Charlotte Eastland Mall, LLC v. Sole Survivor, Inc.<br><br>Case Below:<br>166 N.C. App. 659 | No. 592P04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-1422) | Denied 03/16/05 |
| Citifinancial, Inc. v. Messer<br><br>Case Below:<br>167 N.C. App. 742 | No. 084P05 | 1. Third Party Defs' NOA Based Upon a Constitutional Question (COA04-261)<br><br>2. Def and Third Party Plt's Motion to Dismiss Appeal<br><br>3. Third Party Defs' PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 04/06/05<br><br>3. Denied 04/06/05 |
| Drewry v. N.C. Dep't of Transp.<br><br>Case Below:<br>168 N.C. App. 332 | No. 116P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1390) | Denied 04/06/05 |
| Eastway Wrecker Serv., Inc. v. City of Charlotte<br><br>Case Below:<br>165 N.C. App. 639 | No. 467A04 | 1. Plt's NOA Based Upon a Dissent (COA03-399)<br><br>2. Plt's PDR As to Additional Issues | 1. —<br><br>2. Denied 04/06/05 |
| Hayes v. Town of Fairmont<br><br>Case Below:<br>167 N.C. App. 522 | No. 062P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA03-1562) | Denied 04/06/05 |